IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABC BUSINESS FORMS, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 18-CV-1009 |
| v. | ) ) | Judge Robert M. Dow |
| | ) | Magistrate Daniel G. Martin |
| THE KIPLINGER WASHINGTON EDITORS, INC., and JOHN DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff ABC Business Forms, Inc., voluntarily dismisses its individual claims without prejudice and without costs against defendant The Kiplinger Washington Editors, Inc. Plaintiff ABC Business Forms, Inc., voluntarily dismisses its class claims against defendant The Kiplinger Washington Editors, Inc. without prejudice and without costs.

Respectfully submitted,

s/ *Dulijaza Clark*
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

I, Dulijaza Clark, certify that on March 15, 2018, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF system which caused notice via email to all counsel of record.

**VIA US MAIL**
Kiplinger Washington Editors, Inc.
1100 13th St NW, Suite 750
Washington, DC, 20005.

**VIA E-MAIL**
Alexander Kerr
Heyl Royster
33 N. Dearborn Street
Seventh Floor
Chicago, IL 60602
akerr@heylroyster.com

              s/ *Dulijaza Clark*
              Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200