# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

ABC Business Forms, Inc.

                                            Plaintiff,

v.                                                    Case No.: 1:18−cv−01009

                                                          Honorable Robert M. Dow Jr.

The Kiplinger Washington Editors, Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 15, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the notice of dismissal [11] filed on 3/15/2018, the Plaintiff's individual claims against Defendant The Kiplinger Washington Editors, Inc. are dismissed without prejudice and costs. The class claims against the Defendant are also dismissed without prejudice and without costs. Status hearing set for 3/19/2018 is stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.